B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Connecticut
Case No. **09–51230**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Douglas Randall Larsen
  20 Guilford Street
  Stamford, CT 06902

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1031

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

|  | BY THE COURT |
|---|---|
| Dated: 10/23/09 | Alan H.W. Shiff<br>United States Bankruptcy Judge |

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0205-5          User: swaterbur              Page 1 of 1              Date Rcvd: Oct 23, 2009
Case: 09-51230                Form ID: B18                 Total Noticed: 33

The following entities were noticed by first class mail on Oct 25, 2009.
 db           +Douglas Randall Larsen,   20 Guilford Street,   Stamford, CT 06907-1722
 tr           +Roberta Napolitano,   350 Fairfield Avenue,   Bridgeport, CT 06604-6014
 7052799       AAA Financial Services,   PO Box 15726,   Wilmington, DE 19886-5726
 7052800       AEGIS,   Aegis Receivables Mgmt. Inc.,   PO Box 404,   Fort Mill, SC 29716-0404
 7144819       American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
 7052803      +Astoria Fed,   One Astoria Fed Pl,   Lake Success, NY 11042-1076
 7052804      +Bachomeloans,   450 American St,   Simi Valley, CA 93065-6285
 7052805       Bk Of Amer,   4060 Ogletown/Stan,   Newark, DE 19713
 7052808      +Chase Mort,   3415 Vision Dr,   Columbus, OH 43219-6009
 7052810       CitiMortgage,   PO Box 9438,   Gaithersburg, MD 20898-9438
 7052811      +Cnty Tv/Gemb,   Po Box 981439,   El Paso, TX 79998-1439
 7052812      +Collectcorp,   PO Box 101928,   Birmingham, AL 35210-6928
 7052813      +Fncc,   500 East 60th St N,   Sioux Falls, SD 57104-0478
 7052814      +Frederick J Hanna & Assoc, P.C.,   1427 Roswell Rd,   Marietta, GA 30062-3668
 7052815      +Kevin M. Hughes,   c/o Zwicker & Assoc P.C.,   5600 Bigelow Commons,   Enfield, CT 06082-3367
 7052816      +MiRand,   Dept 256,   PO Box 4115,   Concord, CA 94524-4115
 7052817      +Nationwide Credit, Inc.,   4700 Vestal Pkwy E,   Vestal, NY 13850-4750
 7052818      +Natl Cty Crd,   4661 East Main St,   Columbus, OH 43251-0001
 7052819       Readers Service,   c/o MiRand Response Systems,   PO Box 219050,   Houston, TX 77218-9050
 7052820      +Tobin & Melien,   45 Court Street,   New Haven, CT 06511-6962
 7052822      +Wffinancial,   301 Merritt 7,   Norwalk, CT 06851-1070
 7052823      +Zwicker & Assoc, P.C.,   80 Minutemen Rd,   Andover, MA 01810-1008

The following entities were noticed by electronic transmission on Oct 23, 2009.
 tr           +EDI: BRNAPOLITANO.COM Oct 23 2009 15:28:00      Roberta Napolitano,   350 Fairfield Avenue,
                Bridgeport, CT 06604-6014
 cr            EDI: RECOVERYCORP.COM Oct 23 2009 15:28:00      GE Money Bank c/o Recovery Management Systems Corp,
                25 SE 2nd Ave., Suite 1120,   Miami, FL 33131-1605
 7052799       EDI: BANKAMER2.COM Oct 23 2009 15:28:00      AAA Financial Services,   PO Box 15726,
                Wilmington, DE 19886-5726
 7052801       EDI: AMEREXPR.COM Oct 23 2009 15:28:00      American Express,   PO Box 297879,
                Fort Lauderdale, FL 33329-7879
 7142720       EDI: BECKLEE.COM Oct 23 2009 15:28:00      American Express Centurion Bank,   Becket and Lee LLP,
                Attorneys/ Agent for Creditor,   POB 3001,   Malvern PA 19355-0701
 7052802      +EDI: AMEREXPR.COM Oct 23 2009 15:28:00      Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
 7052806      +EDI: CAPITALONE.COM Oct 23 2009 15:28:00      Cap One,   Pob 30281,
                Salt Lake City, UT 84130-0281
 7052807       EDI: CHASE.COM Oct 23 2009 15:28:00      Chase,   Bank One Card Serv,   Westerville, OH 43081
 7137529       EDI: CHASE.COM Oct 23 2009 15:28:00      Chase Bank USA, N.A.,   PO Box 15145,
                Wilmington, DE 19850-5145
 7052809      +EDI: CHASE.COM Oct 23 2009 15:28:00      Chase Na,   800 Brooksedge Blv,
                Westerville, OH 43081-2822
 7068944       EDI: RECOVERYCORP.COM Oct 23 2009 15:28:00      GE Money Bank c/o Recovery Management Systems Corp,
                Attn: Ramesh Singh,   25 SE 2nd Ave., Suite 1120,   Miami, FL 33131-1605
 7068391       EDI: RECOVERYCORP.COM Oct 23 2009 15:28:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
 7052821      +EDI: USAA.COM Oct 23 2009 15:28:00      USAA Savings Bank,   10750 Mc Dermott,
                San Antonio, TX 78288-1600
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2009**               **Signature:**       _Joseph Speetjens_